UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 3:14-cv-109

TUYEN PHAN AND MICHAEL PHAN,

    Plaintiff,

v.

RETRIEVAL MASTERS CREDITORS
BUREAU, INC., d/b/a AMERICA MEDICAL
COLLECTION AGENCY

                                           **JURY DEMAND**

    Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF
INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Tuyen and Michael Phan, *Pro Se*
    6030 Bartram Village Drive
    Jacksonville, Florida 32258
    Phone:  (904) 551-0699
    Fax:  (904) 551-0699
    michaelphan@gmail.com

    RETRIEVAL MASTERS CREDITORS
    BUREAU, INC., d/b/a AMERICA MEDICAL
    COLLECTION AGENCY
    Counsel for Defendant:
    **GOLDEN SCAZ GAGAIN, PLLC**
    Charles J. McHale, Esquire
    201 North Armenia Avenue
    Tampa, FL 33609
    Phone:  (813) 251-5500
    Fax: (813) 251-3675
    Email: cmchale@gsgfirm.com

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   *None.*

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committed (or if no creditors' committee the 20 largest unsecured creditors) in bankruptcy cases:

   *None.*

4) The name of each individual victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   Tuyen and Michael Phan, *Pro Se*

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted by:

 /s/ Charles J. McHale
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
cmchale@gsgfirm.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing; specifically via U.S Mail to Tuyen and Michael Phan, 6030 Bartram Village Drive, Jacksonville, FL 33258.

   /s/ Charles J. McHale
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555