**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TUYEN PHAN and MICHAEL PHAN,

    Plaintiffs,

vs.                                Case No.: 3:14-cv-109-J-32JBT

RETRIEVAL-MASTERS CREDITORS
BUREAU, INC.,

    Defendant.
_____/

## NOTICE OF UNAVAILABILITY

COMES NOW Ryan G. Moore, attorney for Plaintiffs, Tuyen Phan and Michael Phan, and hereby gives notice to the clerk, counsel and parties of the undersigned attorney's unavailability from May 15, 2015 through May 25, 2015 and respectfully requests that no appointments, mediations, conferences, hearings, trials or other legal proceedings be scheduled during that time.

Dated: February 16, 2015.    Respectfully submitted,

                                                By: /s/**Ryan G. Moore**_____
                                                **Wendell Finner** – Florida Bar No. 93882
                                                wendell@beacheslaw.com
                                                **Ryan G. Moore** – Florida Bar No. 70038
                                                ryan@beacheslaw.com
                                                **WENDELL FINNER, P.A.**
                                                *Attorneys for Plaintiffs*
                                                340 Third Avenue South, Suite A
                                                Jacksonville, FL 32250-6767
                                                Tel.: 904-242-7070; Fax 904-242-7054

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of February, 2015 a true and correct copy of the foregoing has been served via U.S. Mail and e-mail all counsel of record or pro se parties identified below:

Charles J. McHale
cmchale@gsgfirm.com
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Attorney for Defendant

                                          /s/ Ryan G. Moore